UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DANIEL STOUT, ET AL.                         CIVIL ACTION

VERSUS                                       NO: 08-4409

NATIONAL CASUALTY COMPANY, ET                SECTION: R(3)
AL.

**ORDER**

The Court, finding that as of this date neither party has objected to the Magistrate Judge's Report and Recommendation,[1] hereby approves the Report and adopts it as its own opinion. Stout's motion to amend or correct the pre-trial order[2] is DENIED.

New Orleans, Louisiana, this 26th day of April, 2010.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] (R. 145.)

[2] (R. 127.)