UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL STOUT, ET AL. | * | CIVIL ACTION NO. 08-4409 |
| Plaintiffs | * | SECTION "R" |
| VERSUS | * | JUDGE VANCE |
| NATIONAL CASUALTY COMPANY, ET AL. | * | MAGISTRATE NO. 3 |
| Defendants | * | MAGISTRATE KNOWLES |
| | * | A JURY IS DEMANDED |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING ANSWER

NOW INTO COURT, through undersigned counsel, come Defendants, Demingo Johnson, Western Express, Inc., and National Casualty Company, who, in accordance with Rule 15(a)(2) of the Federal Rules of Civil Procedure, respectfully request leave of this Honorable Court to Amend their respective Answers[1] in order to plead the affirmative defense of immunity pursuant to La. R.S. 9:2798.4. As more fully explained in the attached Memorandum in Support, this amendment should be permitted, as Plaintiffs will not be prejudiced by this amendment.

---

[1] Defendants Western Express and National Casualty Company were served with this lawsuit and filed an Answer on November 7, 2008 (R. Doc. 7). Defendant Demingo Johnson was served with the lawsuit at a later time, and filed an Answer asserting the same defenses on March 26, 2009 (R. Doc. 22). As the issues raised in the instant Motion for Leave are identical regarding all Defendants, the instant Motion is filed by all Defendants, as is the attached First Supplemental And Amending Answer.

Plaintiffs' counsel has indicated that they oppose this Motion.

WHEREFORE, Defendants, Demingo Johnson, Western Express, Inc., and National Casualty Company respectfully request that this Honorable Court grant them leave to file the attached First Supplemental and Amending Answers to Plaintiffs' Complaint.

Respectfully submitted,

/s/Kyle P. Kirsch
MICHAEL R. SISTRUNK (12111)
KYLE P. KIRSCH (26363)
McCRANIE, SISTRUNK, ANZELMO,
HARDY, McDANIEL & WELCH
400 Lafayette Street, Suite 100
New Orleans, Louisiana 70130
Telephone: (504) 831-0946
Facsimile: (504) 529-9796

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on counsel of record this 6th day of May, 2010, in accordance with the Court's ECF Rules.

/s/ Kyle P. Kirsch