## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL STOUT, ET AL. | * | CIVIL ACTION NO. 08-4409 |
| Plaintiffs | * | SECTION "R" |
| VERSUS | * | JUDGE VANCE |
| NATIONAL CASUALTY COMPANY, ET AL. | * | MAGISTRATE NO. 3 |
| Defendants | * | MAGISTRATE KNOWLES |
| | * | A JURY IS DEMANDED |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### FIRST SUPPLEMENTAL AND AMENDING ANSWER

NOW INTO COURT, through undersigned counsel, come Defendants, Demingo Johnson, Western Express, Inc. and National Casualty Company, who amend and/or supplement their original Answer filed in this matter to assert the following additional affirmative defense to Plaintiffs' claims:

### TENTH AFFIRMATIVE DEFENSE

Defendants affirmatively allege that they are immune from liability to Plaintiffs pursuant to La. R.S. 9:2798.4.

Defendants reiterate, reallege and reaver all other responses, answers and affirmative defenses contained in the original Answers (R. Doc. 7 and R. Doc. 22) filed by them as if pled herein *in extenso.*

WHEREFORE, Defendants, Demingo Johnson, Western Express, Inc., and National Casualty Company, pray that this First Supplemental and Amending Answer be deemed good and sufficient and that after all due proceedings are had, there be judgment herein rejecting Plaintiffs' claims with prejudice, at their costs, and for trial by jury on all issues.

Respectfully submitted,

/s/Kyle P. Kirsch
MICHAEL R. SISTRUNK (12111)
KYLE P. KIRSCH (26363)
McCRANIE, SISTRUNK, ANZELMO,
HARDY, McDANIEL & WELCH
400 Lafayette Street, Suite 100
New Orleans, Louisiana 70130
Telephone: (504) 831-0946
Facsimile: (504) 529-9796

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on counsel of record this 6th day of May, 2010, in accordance with the Court's ECF Rules.

/s/ Kyle P. Kirsch