LSU Laboratory Reports

Page 1 of 1



**Laboratory Result**

Patient Name: Daniel Stout
Age: 66 years
MRN: 50052602 (MCLNO)
Gender: Male

MCLNO - Medical Center of LA NO
2021 Perdido St
New Orleans LA 70112

Ordering Physician: Aiken, James B
Accession Number: T67138
Result Status: Final
Test Type: URINE OD PANEL (MCL)
Collection Date: 07/08/2008 12:48
Receive Date: 07/08/2008 12:57

| Test Name | Abnormal Flag | Test Value | Reference Range | Units |
|---|---|---|---|---|
| PHENCYCLIDINE | | NOT DETECTED | NTD | |
| BARBITURATES | | NOT DETECTED | NTD | |
| BENZODIAZEPINES | * | DETECTED - NOT CONFIRMED | NTD | |
| THC-20 | | NOT DETECTED | NTD | |
| COCAINE METAB | | NOT DETECTED | NTD | |
| OPIATES | * | DETECTED - SEE CONFIRMATION | NTD | |
| AMPHETAMINES | | NOT DETECTED | NTD | |
| DETECTION LIMITS: | | PCP | 25 NG/ML | |
| | | BARBITURATES | 200 NG/ML | |
| | | BENZODIAZEPINES | 200 NG/ML | |
| | | THC-COOH | 20 NG/ML | |
| | | COCAINE METABOLITE | 300 NG/ML | |
| | | OPIATES | 300 NG/ML | |
| | | AMPHETAMINES | 1000 NG/ML | |
| SALICYLATES IN URINE | | NONE DETECTED | NOND | |
| IMIPRAMINE,UR SCRN | | NONE DETECTED | NOND | |
| PHENOTHIAZINES,UR | | NONE DETECTED | NOND | |
| UR DRUG SCREEN-GC.M | | DRUG(S) COMPATIBLE WITH: | | |
| | | LIDOCAINE AND/OR METABOLITES | | |
| | | UNIDENTIFIED | | |
| | | SYMPATHOMIMETIC AMINE | | |
| | | NICOTINE AND/OR METABOLITES | | |
| | | DIHYDROCODEINE | | |
| | | HYDROCODONE | | |



EXHIBIT 1

SEP 23 2008

Printed by jcant1 on 9/23/2008 9:21:14 AM

R4

# WAL★MART®
## LEGAL DEPARTMENT

Corporate Offices
702 S.W. 8TH Street
Bentonville, Arkansas 72716-0215
Phone (479) 273-4505
Fax (479) 204-9696

LITIGATION SUPPORT
TeamConnect # 2010-00577

TO: McCranie Sistrunk Anzelmo
Covington, LA 70433

RE: Daniel Stout
Store: 3616   (Dates of Service: 01/01/2004 to 03/20/2010)

## CERTIFICATION OF RECORDS

Enclosed are the prescription records of Daniel Stout (1 page(s)). We are producing the records pursuant to a subpoena/authorized release issued to Wal-Mart in the matter of Daniel Stout. Please accept this document as certification of the records produced herewith. The records you have requested are maintained by the Pharmacy Division of Wal-Mart Stores, Inc. in various locations throughout the company. Upon receipt of your subpoena/authorized release by the Wal-Mart Stores, Inc. Legal Department, we requested of the appropriate location of Wal-Mart Pharmacy to provide all documents in their possession responsive to your subpoena/authorized release. The records produced herewith are accurate, complete, true and correct copies of all records received or retrieved by Legal pursuant to your request. I further certify that Wal-Mart Stores, Inc. is the custodian of record, that the records were kept in the regular course of business and that this is a regularly conducted business activity, that these records were made at or near the time the acts, events, conditions, opinions, or diagnoses occurred or within a reasonable time thereafter, that the charges were reasonable for similar services, necessary as payment for a prescription filled by our pharmacy pursuant to a doctor's orders and finally that these records were made by, or from information transmitted by, a person with knowledge of the acts, events, conditions, opinions or diagnoses stated therein.

_Kelly Justis_
Kelly Justis, Certified Paralegal
Wal-Mart Stores, Inc. Legal Department
Bentonville, AR 72716-0215

STATE OF ARKANSAS )
                  ) ss.
COUNTY OF BENTON  )

The foregoing instrument was acknowledged before me this 22nd day of March 2010.

_Jackie Bradley_
Notary Public

EXHIBIT 2

JACKIE BRADLEY
Notary Public - State of Arkansas
Benton County
Commission # 12350005
My Commission Expires August 23, 2016

Store #: 3616  
Report Date: 03/20/2010

**Connexus Pharmacy System**  
**Wal-Mart Pharmacy 10-3616**  
**Medical Expenses Summary**

**Patient:** STOUT, DANIEL  
410 E OLIVE ST  
AMITE LA-70422

**Birthdate:** 5/15/1942

Below is a list of your Pharmacy Orders for the date range of: 01/01/2004 to 03/20/2010

| Date Filled | Rx # | Drug Name | Prescriber | Qty | Days | Dispense | Patient Paid Cash Price |
| Date Written | FM ID | NDC | Physician DEA | Refill # | Supply | As Written | TP Ref # |
| | | | Physician NPI | | | | |
|---|---|---|---|---|---|---|---|
| | | Wal-Mart Pharmacy, 1200 WEST OAK STREET, AMITE LA-70422 | | | | | |
| | | NABP Number: 1932880  ID: BW9816034  NPI Number: 1316964687 | | | | | |
| 10/11/2007 | 6638397 | AMOXICILLIN 500MG CAP | CULBERSON,MYRON | 21 | 7 | 0 | $4.00 |
| 10/11/2007 | 1089440 | 00781-2613-05 | BC2793328 | 0 | | | $12.54 |
| | | | 1841392198 | | | | |
| 10/18/2007 | 6639241 | AMOXICILLIN 500MG CAP | CULBERSON,MYRON | 12 | 4 | 0 | $2.15  WHI |
| 10/18/2007 | 1091614 | 00781-2613-05 | BC2793328 | 0 | | | $10.68 |
| | | | 1841392198 | | | | |
| 10/18/2007 | 4405781 | HYDROCO/APAP 7.5-500TAB | CULBERSON,MYRON | 12 | 2 | 0 | $2.15  WHI |
| 10/18/2007 | 1091615 | 00406-0358-01 | BC2793328 | 0 | | | $14.54 |
| | | | 1841392198 | | | | |
| 07/05/2008 | 4410120 | HYDROCO/APAP 7.5-500TAB | CHAISSON,KEVIN | 14 | 3 | 0 | $2.25  WHI |
| 07/05/2008 | 1174302 | 00406-0358-01 | BC6938116 | 0 | | | $15.32 |
| | | | 1316147119 | | | | 00161 |
| 07/05/2008 | 6670241 | KETOROLAC 10MG TAB | CHAISSON,KEVIN | 12 | 4 | 0 | $2.25  WHI |
| 07/05/2008 | 1174274 | 58177-0301-04 | BC6938116 | 0 | | | $21.78 |
| | | | 1316147119 | | | | 98651 |

**Total: $12.80**

Report Date: 03/20/2010  
Attested To By: _____  
Registered Pharmacist

**CONFIDENTIAL-IF YOU RECEIVE THIS REPORT IN ERROR, PLEASE RETURN TO WAL*MART PHARMACY IMMEDIATELY.  
WAL*MART STORES, INC.

# WAL★MART®
## LEGAL DEPARTMENT

**LITIGATION SUPPORT**
TeamConnect # 2010-00972

Corporate Offices
702 S.W. 8TH Street
Bentonville, Arkansas 72716-0215
Phone (479) 273-4505
Fax (479) 204-9696

TO: McCranie Sistrunk Anzelmo
195 Greenbria Blvd.
Covington, LA 70433

RE: Gerri Stout
Store: 3616   (Dates of Service: 01/01/2004 to 03/20/2010)

## CERTIFICATION OF RECORDS

Enclosed are the prescription records of Gerri Stout (3 page(s)). We are producing the records pursuant to a subpoena/authorized release issued to Wal-Mart in the matter of Gerri Stout. Please accept this document as certification of the records produced herewith. The records you have requested are maintained by the Pharmacy Division of Wal-Mart Stores, Inc. in various locations throughout the company. Upon receipt of your subpoena/authorized release by the Wal-Mart Stores, Inc. Legal Department, we requested of the appropriate location of Wal-Mart Pharmacy to provide all documents in their possession responsive to your subpoena/authorized release. The records produced herewith are accurate, complete, true and correct copies of all records received or retrieved by Legal pursuant to your request. I further certify that Wal-Mart Stores, Inc. is the custodian of record, that the records were kept in the regular course of business and that this is a regularly conducted business activity, that these records were made at or near the time the acts, events, conditions, opinions, or diagnoses occurred or within a reasonable time thereafter, that the charges were reasonable for similar services, necessary as payment for a prescription filled by our pharmacy pursuant to a doctor's orders and finally that these records were made by, or from information transmitted by, a person with knowledge of the acts, events, conditions, opinions or diagnoses stated therein.

*Kelly Justis*
Kelly Justis, Certified Paralegal
Wal-Mart Stores, Inc. Legal Department
Bentonville, AR 72716-0215

STATE OF ARKANSAS  )
                   )  ss.
COUNTY OF BENTON   )

The foregoing instrument was acknowledged before me this 22nd day of March 2010.

*Jackie Bradley*
Notary Public

JACKIE BRADLEY
Notary Public - State of Arkansas
Benton County
Commission # 12350005
My Commission Expires August 23, 2016

Store #: 3616  
Report Date: 03/20/2010

**Connexus Pharmacy System**  
**Wal-Mart Pharmacy 10-3616**  
**Medical Expenses Summary**

**Patient:** STOUT, GERRI  
410 E OLIVE  
AMITE LA-70422

**Birthdate:** 12/13/1958

Below is a list of your Pharmacy Orders for the date range of: 01/01/2004 to 03/20/2010

| Date Filled / Date Written | Rx # / Fill ID | Drug Name / NDC | Prescriber / Physician DEA / Physician NPI | Qty / Refill # | Days Supply | Dispense As Written | Patient Paid / Cash Price / TP Ref # |
|---|---|---|---|---|---|---|---|
| | | Wal-Mart Pharmacy, 1200 WEST OAK STREET, AMITE LA-70422 NABP Number: 1932880  ID: BW9816034 NPI Number: 1316964687 | | | | | |
| 02/19/2007 01/09/2007 | 6615487 1032035 | CITALOPRAM 20MG TAB 55111-0343-30 | RAY,DERRIS WAYNE AR8003117 1780679746 | 30 0 | 30 | 0 | $4.00 $25.32 |
| 04/24/2007 01/09/2007 | 6615487 1046407 | CITALOPRAM 20MG TAB 55111-0343-30 | RAY,DERRIS WAYNE AR8003117 1780679746 | 30 1 | 30 | 0 | $4.00 $25.32 |
| 04/25/2007 04/25/2007 | 6621659 1046540 | BUSPIRONE 5MG TAB 00093-0053-01 | RAY,D.W. AR8003117 1780679746 | 30 0 | 30 | 0 | $19.36 $19.36 |
| 07/03/2007 04/25/2007 | 6621659 1062678 | BUSPIRONE 5MG TAB 00093-0053-01 | RAY,D.W. AR8003117 1780679746 | 30 1 | 30 | 0 | $19.36 $19.36 |
| 07/03/2007 07/03/2007 | 6627845 1062679 | CITALOPRAM 40MG TAB 55111-0344-30 | RAY,DERRIS WAYNE AR8003117 1780679746 | 30 0 | 30 | 0 | $4.00  TOG $25.32 |
| 08/07/2007 08/07/2007 | 6631415 1071689 | DEXAMETHASON 0.75MG TAB 00054-4180-25 | RAY,DERRIS W. AR8003117 1780679746 | 12 0 | 6 | 0 | $4.00 $9.68 |
| 08/07/2007 08/07/2007 | 6631416 1071690 | DOXYCYCL HYC 100MG CAP 53489-0119-02 | RAY,DERRIS W. AR8003117 1780679746 | 20 0 | 10 | 0 | $4.00 $14.46 |
| 09/04/2007 08/07/2007 | 6631416 1078846 | DOXYCYCL HYC 100MG CAP 53489-0119-02 | RAY,DERRIS W. AR8003117 1780679746 | 20 1 | 10 | 0 | $4.00  TOG $14.46 |

**CONFIDENTIAL-IF YOU RECEIVE THIS REPORT IN ERROR, PLEASE RETURN TO WAL*MART PHARMACY IMMEDIATELY.  
WAL*MART STORES, INC.**

Store #: 3616  
Report Date: 03/20/2010

**Connexus Pharmacy System**  
**Wal-Mart Pharmacy 10-3616**  
**Medical Expenses Summary**

**Patient:** STOUT, GERRI  
410 E OLIVE  
AMITE LA-70422

**Birthdate:** 12/13/1958

Below is a list of your Pharmacy Orders for the date range of: 01/01/2004 to 03/20/2010

| Date Filled<br>Date Written | Rx #<br>Fill ID | Drug Name<br>NDC | Prescriber<br>Physician DEA<br>Physician NPI | Qty<br>Refill # | Days Dispense<br>Supply As Written | | Patient Paid<br>Cash Price<br>TP Ref # |
|---|---|---|---|---|---|---|---|
| 11/01/2007<br>11/01/2007 | 6640634<br>1095550 | AMOXICILLIN 500MG CAP<br>00781-2613-05 | RAY,DERRIS WAYNE<br>AR8003117<br>1780679746 | 30<br>0 | 10 | 0 | $4.00<br>$13.78 |
| 11/01/2007<br>11/01/2007 | 6640635<br>1095557 | DEXAMETHASON 0.75MG TAB<br>00054-4180-25 | RAY,DERRIS WAYNE<br>AR8003117<br>1780679746 | 12<br>0 | 4 | 0 | $4.00<br>$9.68 |
| 11/19/2007<br>11/19/2007 | 6642711<br>1101150 | AMOXICILLIN 500MG CAP<br>00781-2613-05 | RAY,DERRIS WAYNE<br>AR8003117<br>1780679746 | 30<br>0 | 10 | 0 | $4.00<br>$13.78 |
| 12/28/2007<br>12/28/2007 | 6646948<br>1113100 | CIPROFLOXACN 500MG TAB<br>63304-0710-01 | RAY,D.W.<br>AR8003117<br>1780679746 | 20<br>0 | 10 | 0 | $4.00<br>$34.46 |
| 01/03/2008<br>07/03/2007 | 6627845<br>1114992 | CITALOPRAM 40MG TAB<br>55111-0344-30 | RAY,DERRIS WAYNE<br>AR8003117<br>1780679746 | 30<br>1 | 30 | 0 | $4.00  TOG<br>$25.32 |
| 01/09/2008<br>01/09/2008 | 6648345<br>1116904 | AMOXICILLIN 875MG TAB<br>00093-2264-01 | RAY,D W<br>AR8003117 | 20<br>0 | 10 | 0 | $21.72<br>$21.72 |
| 01/09/2008<br>01/09/2008 | 6648346<br>1116916 | DEXAMETHASON 0.75MG TAB<br>00054-4180-25 | RAY,D W<br>AR8003117 | 14<br>0 | 7 | 0 | $4.67<br>$9.88 |
| 01/09/2008<br>01/09/2008 | 4407051<br>1116911 | MARCOF EXPCTRNT SYP<br>00682-0420-16 | RAY,D W<br>AR8003117 | 180<br>0 | 3 | 0 | $21.68<br>$21.68 |
| 01/30/2008<br>04/25/2007 | 6621659<br>1123605 | BUSPIRONE 5MG TAB<br>00172-5663-60 | RAY,D.W.<br>AR8003117 | 30<br>2 | 30 | 0 | $4.00<br>$19.36 |

**\*\*CONFIDENTIAL-IF YOU RECEIVE THIS REPORT IN ERROR, PLEASE RETURN TO WAL\*MART PHARMACY IMMEDIATELY.**  
**WAL\*MART STORES, INC.**

Store #: 3616  
Report Date: 03/20/2010

**Connexus Pharmacy System**  
**Wal-Mart Pharmacy 10-3616**  
**Medical Expenses Summary**

**Patient:** STOUT, GERRI  
410 E OLIVE  
AMITE LA-70422

**Birthdate:** 12/13/1958

Below is a list of your Pharmacy Orders for the date range of: 01/01/2004 to 03/20/2010

| Date Filled / Date Written | Rx # / Fill ID | Drug Name / NDC | Prescriber / Physician DEA / Physician NPI | Qty / Refill # | Days Supply | Dispense As Written | Patient Paid Cash Price / TP Ref # |
|---|---|---|---|---|---|---|---|
|  |  |  | 1780679746 |  |  |  |  |
| 07/13/2008 | 4410248 | HYDROCO/APAP 7.5-500TAB | TULANE,MEDICAL | 25 | 8 | 0 | $18.32 |
| 07/13/2008 | 1176979 | 00406-0358-01 | BT4601717 | 0 |  |  | $18.32 |
| 09/18/2008 | 6679122 | BUSPIRONE 5MG TAB | RAY,D.W. | 30 | 30 | 0 | $4.00 |
| 09/18/2008 | 1199054 | 00172-5663-60 | AR8003117<br>1780679746 | 0 |  |  | $19.36 |
| 09/18/2008 | 6679121 | DEXAMETHASON 0.75MG TAB | RAY,DERRIS WAYNE | 12 | 6 | 0 | $4.00 |
| 09/18/2008 | 1199057 | 00054-4180-25 | AR8003117<br>1780679746 | 0 |  |  | $9.68 |
| 09/18/2008 | 6679120 | DOXYCYCL HYC 100MG CAP | RAY,DERRIS WAYNE | 20 | 10 | 0 | $4.00 |
| 09/18/2008 | 1199052 | 53489-0119-02 | AR8003117<br>1780679746 | 0 |  |  | $14.46 |
| 01/06/2009 | 6679120 | DOXYCYCL HYC 100MG CAP | RAY,DERRIS WAYNE | 20 | 10 | 0 | $4.00 |
| 09/18/2008 | 1236921 | 53489-0119-02 | AR8003117<br>1780679746 | 1 |  |  | $4.00 |

**Total: $169.11**

Report Date: 03/20/2010  
Attested To By: _____  
Registered Pharmacist

**CONFIDENTIAL-IF YOU RECEIVE THIS REPORT IN ERROR, PLEASE RETURN TO WAL*MART PHARMACY IMMEDIATELY.**  
**WAL*MART STORES, INC.**