## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DANIEL STOUT, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-4409** |
| **NATIONAL CASUALTY COMPANY, ET AL.** | **SECTION "R" (3)** |

### ORDER SCHEDULING ORAL HEARING

**IT IS ORDERED** that defendants' **Motion for Leave to File First Supplemental and Amending Answer [Doc. #148]** is SET FOR ORAL HEARING before the undersigned Magistrate Judge **on Wednesday, May 26, 2010 at 11:00 a.m.** in Courtroom B305, 500 Poydras St., New Orleans, Louisiana. Any reply memorandum shall be filed in accordance with the Local Rules of this Court.

New Orleans, Louisiana this 7th day of May, 2010.

**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**